**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

CYNTHIA MARITZA
MARIANYI GALVEZ

CIVIL ACTION NO. 26-0598

VERSUS

JUDGE S. MAURICE HICKS, JR.

SOUTH LOUISIANA I C E
PROCESSING CENTER, ET AL.

MAGISTRATE JUDGE WHITEHURST

**MEMORANDUM ORDER**

Before the Court is Petitioner Cynthia Maritza Marianyi Galvez's ("Petitioner") Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Record Document 11). In the renewed motion, Petitioner again seeks to enjoin Respondents from removing her from the United States and to secure her release from detention pending resolution of her Petition for Writ of Habeas Corpus (Record Document 1). Petitioner contends that emergency relief is now warranted because the habeas petition is fully briefed and removal is allegedly imminent. See Record Document 11.

The Court previously denied Petitioner's request for temporary restraining order, finding that the relief sought substantially mirrored the ultimate relief requested in the habeas petition and that granting such relief would effectively resolve the merits of the petition without full adjudication. See Record Document 4. The renewed motion seeks the same substantive relief. Although the habeas petition is now fully briefed, the Court finds that this procedural development does not alter the nature of the relief requested or the basis for the Court's prior ruling. Granting such relief would improperly circumvent the orderly resolution of the petition on the merits. The Court declines to do so.

To the extent Petitioner reframes her request as necessary to preserve this Court's jurisdiction, that argument is likewise unavailing. As previously explained, a request to enjoin removal constitutes a challenge to the execution of a removal order, and federal district courts lack jurisdiction over such claims pursuant to 8 U.S.C. § 1252(g). See Record Document 4. Characterizing the requested relief as preserving the status quo or maintaining jurisdiction does not change the substance of the relief sought. Because the Court lacks jurisdiction to enjoin execution of a removal order, Petitioner cannot establish a likelihood of success on the merits of her request for injunctive relief. The issues raised in the renewed motion are identical to those presented in the habeas proceeding and will be addressed in due course upon resolution of that petition.

Accordingly,

**IT IS ORDERED** that Petitioner's Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Record Document 11) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 1st day of April, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT