**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

CYNTHIA MARITZA MARIANYI GALVEZ — CIVIL ACTION NO. 26-0598

VERSUS — JUDGE S. MAURICE HICKS, JR.

SOUTH LOUISIANA ICE PROCESSING CENTER, ET AL. — MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) filed by Cynthia Maritza Marianyi Galvez is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 31st day of August, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE